**ORIGINAL**

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05 - 238

TO: Emanuel Readden   SBI#: 092507

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: March 22, 2005



FILED
APR 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

Attached are copies of your inmate account statement for the months of September 2004 to February 28, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 0 |
| Oct | 0 |
| Nov | 0 |
| Dec | 0 |
| Jan | 0 |
| Feb | 0 |

Average daily balances/6 months: 0

Attachments
CC: File

Stacy Shane
3/22/05

Mike Little
Notary Public
3/23/05

# Individual Statement - No Transactions This Month

Date Printed: 3/18/2005                                                                 Page 1 of 1

## For Month of September 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00092507 | REDDEN | EMANUEL | | | | |
| Current Location: | SU/1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

|  |  |  |  |  | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|

## Individual Statement - No Transactions This Month

Date Printed: 3/18/2005             Page 1 of 1

### For Month of October 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00092507 | REDDEN | EMANUEL | | | | |
| Current Location: | SU/1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|

# Individual Statement - No Transactions This Month

Date Printed: 3/18/2005                                                                                           Page 1 of 1

## For Month of November 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00092507 | REDDEN | EMANUEL | | | | |
| **Current Location:** | SU/1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

**Ending Mth Balance:** $0.00

## Individual Statement – No Transactions This Month

Date Printed: 3/18/2005     Page 1 of 1

### For Month of December 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00092507 | REDDEN | EMANUEL | | | | |
| Current Location: | SU/1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Ending Mth Balance:     $0.00

## Individual Statement - No Transactions This Month

Date Printed: 3/18/2005                                                                 Page 1 of 1

### For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00092507 | REDDEN | EMANUEL | | | | |
| Current Location: | SU/1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|

## Individual Statement - No Transactions This Month

Date Printed: 3/18/2005   Page 1 of 1

### For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00092507 | REDDEN | EMANUEL | | | | |
| Current Location: | SU/1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|