IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL REDDEN, | ) |
|         Plaintiff, | ) |
| v. | ) Civ. No. 05-238-GMS |
| WARDEN KEARNEY, SGT. DUKES, and C/O WALKER, | ) |
|         Defendants. | ) |

FILED JUN 21 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Emmanuel Redden, SBI # 092507, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated May 27, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: May 30, 2005, 2005.

Emanuel Redden
Emanuel Redden





U.S District Court
844 N. King LockBox 18
Wilmington De - GMS
Office of the Clerk
19801-3570

U.S.M X-F

I/M Emanuel Redden
SBI# 092507 UNIT SHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977