IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMANUEL REDDEN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-238 GMS |
| ) | |
| WARDEN KEARNEY, SGT. DUKES, ) | |
| and C/O WALKER ) | |
| ) | |
| Defendants. ) | |

## ORDER

WHEREAS, on April 25, 2005, the plaintiff filed a Complaint against the above-captioned defendants (D.I. 2);

WHEREAS, on September 1, 2005, Waivers of Service with 285 forms were returned executed for the defendants, Warden Kearney, Sgt. Dukes, and C/O Walker (D.I. Nos. 7, 8, and 9);

WHEREAS, the defendants' answers to the Complaint were due on October 31, 2005, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendants;

IT IS HEREBY ORDERED that:

1. The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

May 19, 2006                           /s/ Gregory M. Sleet
                                           UNITED STATES DISTRICT JUDGE