STATEMENT OF KEITH THOMPSON REGARDING EMMANUEL REDDEN

KEITH THOMPSON (SBI# 086005) DOES DEPOSE AND SAY:

1. ON JULY 22-23, 2004, I WAS HOUSED AT SUSSEX CORRECTIONAL INSTITUTION IN MEDIUM BUILDING, TIER B, BUNK 38. ON THOSE DATES, EMMANUEL REDDEN OCCUPIED BUNK 37.

2. ON JULY 22, 2004, I SAW MR. REDDEN FILL OUT A SICK CALL REQUEST FORM FOR MEDICAL CARE AND DEPOSIT THAT FORM IN THE MEDIUM BUILDING MEDICAL CARE REQUEST BOX.

3. ON JULY 23, 2004, TIER B WAS CALLED FOR MORNING SICK CALL. A C/O TOLD MR. REDDEN THAT HE COULD NOT GO TO MEDICAL AT THE TIME OF SICK CALL AS HIS NAME WAS NOT ON THE SICK CALL LIST PROVIDED TO THE MEDIUM BUILDING.

4. LATER ON THE MORNING OF JULY 23, 2004, AFTER MEDICAL HAD CALLED THE MEDIUM BUILDING TO HAVE MR. REDDEN SENT TO MEDICAL, HE WAS TOLD BY A C/O THAT HE COULD NOT GO TO MEDICAL DESPITE HIS NEED TO GO AND MEDICAL'S CALL FOR HIM, AS IT WAS "TOO CLOSE TO COUNT TIME." MR. REDDEN DID NOT GO TO MEDICAL ON JULY 23, 2004.

8-20-04

To Whom it May Concern,

My name is I/M Andre M. Owens, and I am writing you to verify that I witnessed I/M Emmanuel Redden, lacerate his knee on the corner of Bunk 37 on B-Tier, Medium BLDG. In the latter days of July.

After the initial injury I/M Redden's whole leg began to fill with puss, and swell & I/M Owens had to assist Mr. Redden in getting out of his bed.

Upon informing SGT Hastings of the situation Mr. Redden was informed of the Sick Call procedure, and was called to the infirmary several days later by officer Walker, after going to the gate to have his problem medically addressed I/M Redden was informed that he took to long responding, and refused medical attention for a 3rd Day.

All accounts described are of truth and accuracy.

Respectfully Submitted

Andre M. Owens