IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMANUEL REDDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 05-238-GMS |
| v. ) | |
| ) | Jury Trial Requested |
| WARDEN KEARNEY, SGT. DUKES, ) | |
| and C/O WALKER, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon Defendants' Motion For Leave To Depose Plaintiff (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1.  The Motion is **GRANTED**.

2.  Defendants are granted leave to depose the Plaintiff in this matter.

SO ORDERED this 27th day of Dec., 2006.

_____
The Honorable Gregory M. Sleet
United States District Court Judge



FILED

JAN - 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE