IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EMANUEL REDDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 05-238-GMS |
| v. | ) | |
| | ) | Jury Trial Requested |
| WARDEN KEARNEY, SGT. DUKES, | ) | |
| and C/O WALKER, | ) | |
| | ) | |
| Defendants. | ) | |

### Notice of Deposition

TO: Emanuel Redden
SBI #00092507
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**PLEASE TAKE NOTICE** that the oral deposition of Emanuel Redden will be taken by Erika Y. Tross, Deputy Attorney General, on January 17, 2007 at 10:00 a.m. The deposition will take place at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977, and will be transcribed by a professional reporter.

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400
   Attorney for Defendants

Dated: January 9, 2007

# **CERTIFICATE OF SERVICE**

I, Erika Y. Tross, Esq., hereby certify that on January 9, 2007, I caused a true and correct copy of the attached *Notice of Deposition* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT:**

Inmate Emanuel Redden
SBI #00092507
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

__One true copy by facsimile transmission to each recipient

✓Two true copies by first class mail, postage prepaid, to each recipient

__Two true copies by Federal Express

__Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400