IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMANUEL REDDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 05-238-GMS |
| v. | ) |
| | ) |
| WARDEN KEARNEY, SGT. DUKES, | ) |
| And C/O WALKER, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Linda Carmichael on behalf of Defendants Rick Kearney, Wayne Dukes and Samuel Walker. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                STATE OF DELAWARE
                DEPARTMENT OF JUSTICE

                /s/ Linda Carmichael_____
                Linda Carmichael, ID#3570
                Deputy Attorney General
                Department of Justice
                820 North French Street, 6th Fl.,
                Wilmington, Delaware 19801
                (302)577-8400
                Attorney for Defendants

Dated: February 16, 2007

## CERTIFICATE OF SERVICE AND MAILING

I hereby certify that on February 16, 2007, I electronically filed an *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on February 16, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant: Emanuel Redden, SBI #0092507 Delaware Correctional Center; 1181 Paddock Road; Smyrna, DE 19977.

.

/s/ Linda Carmichael
Linda Carmichael, ID#3570
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
Linda.Carmichael@state.de.us