IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMANUEL REDDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 05-238-GMS |
| v. ) | |
| ) | |
| WARDEN KEARNEY, SGT. DUKES, ) | |
| And C/O WALKER, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATION OF COUNSEL**

The undersigned counsel hereby certifies, pursuant to Rule 7.1.1 of the Local Rules for the District of Delaware, that:

1. The Plaintiff is an inmate incarcerated at the Delaware Correctional Center, Smyrna, Delaware.

2. The Plaintiff is not able to be reached by telephone; therefore, counsel for the Defendants has spent no time in attempting to reach an agreement on the subject of the Motion for Enlargement of Time.

3. The undersigned counsel assumes that the Motion is opposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Linda Carmichael
Linda Carmichael, ID#3570
Deputy Attorney General
Department of Justice
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
Attorney for Defendants

Dated: February 16, 2007