IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EMANUEL REDDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 05-238-GMS |
| v. | ) | |
| | ) | |
| WARDEN KEARNEY, SGT. DUKES, | ) | |
| And C/O WALKER, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon the Defendants' Motion For Enlargement Of Time and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Defendants have until on or before March 22, 2007 in which to file a dispositive motion.

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Gregory M. Sleet
United States District Court Judge

Case 1:05-cv-00238-GMS   Document 20-3   Filed 02/16/2007   Page 2 of 2