IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EMANUEL REDDEN,           )
                         )
       Plaintiff,      )
                         )   Civil Action No. 05-238-GMS
vs.                   )
                         )
WARDEN KEARNEY, SGT. DUKES  )
and C/O WALKER,         )
                         )
       Defendants     )

Deposition of EMANUEL W. REDDEN, JR., taken pursuant to notice at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, Delaware, beginning at 11:35 a.m., on Wednesday, January 17, 2007, before Allen S. Blank, Registered Merit Reporter and Notary Public.

APPEARANCES:

        ERIKA Y. TROSS, ESQUIRE
        DEPUTY ATTORNEY GENERAL
        DEPARTMENT OF JUSTICE
        STATE OF DELAWARE
        820 North French Street
        Wilmington, DE 19801

           For - Defendants

-----------------------------------------------------------

WILCOX & FETZER
1330 King Street - Wilmington, Delaware 19801
(302) 655-0477
www.wilfet.com



ORIGINAL

7

1    A    Two years.

2    Q    Two years?

3    A    Yes, ma'am.  Since I came up from Georgetown.

4    Q    So prior to being at Delaware Correctional Center,

5    you were in Georgetown?

6    A    Yes, ma'am.

7    Q    How long were you in Georgetown?

8    A    From June 2004 to March 1st, 2005.

9    Q    And when you say Georgetown, what institution are

10    you talking about?

11    A    Sussex Correctional Institution.

12    Q    Okay.  Who is Rick Kearney?

13    A    That's the warden of Sussex Correctional

14    Institution.

15    Q    And why is he a defendant in this lawsuit?

16    A    Because the bed was moved and placed in those areas

17    under his authority.  He is in charge of the Sussex

18    Correctional Institution.

19    Q    Can you give me a physical description of Warden

20    Kearney?

21    A    Well, when I seen him, he was a tall, slim white

22    guy, young guy, brown hair.  I seen him from a window in

23    passing.

24    Q    Have you ever spoken with Warden Kearney?

8

1    A    No, ma'am.  But I wrote him on several occasions and

2    never heard anything from him.

3    Q    You wrote him in relation to this matter or in

4    relation to other matters?

5    A    In relation to this matter being in behavior

6    modification.  I felt it was unjustifiable for me to be

7    there.  And I explained to him the situation.

8    Q    Do you have copies of your letters?

9    A    No, ma'am.

10   Q    When did you write him?

11   A    When I was in behavior modification.

12   Q    And when was that?

13   A    In September of 2004.

14   Q    Do you understand the difference between what

15   someone personally does and what their employees do?

16   A    Yes, ma'am.

17   Q    What is the difference?

18   A    The difference is that the employees do it and the

19   one in charge is responsible for the actions, too.

20   Q    Are you aware that in an institution such as a

21   prison, correctional officers must have the ability to take

22   action and make decisions without consulting the warden

23   every time?

24   A    Yes, ma'am.



1  name down there.  He said, there must be some confusion, you

2  know.

3          So he said the nurse said something about she

4  got it and she don't know what's going on.  And I said,

5  okay.

6          So I called my family and said I'm having a

7  problem getting sick call and explained to them.  You know,

8  they live in Wilmington.  There was really nothing to do.  I

9  was just letting them know that there was something wrong

10  with my leg, my sisters.

11          So the next day, sick call sent for me.  And by

12  my being up all night, I was tired and everything and I was

13  on the top bunk.  I actually had to start getting help to

14  get up on the bunk.  And I was tired.  So I just dozed off

15  and went to sleep.

16          So when somebody woke me up and said it is time

17  to go to sick call, sick call called for you, I was

18  struggling to get down out of the bed because my leg was

19  really hurting and it was like your heartbeat, the blood was

20  draining out of my knee, and the brothers helped me down

21  there.  By the time I limped to the gate and the officer

22  opened up the gate.  So as I was going through the gate,

23  through the chow hall to go to sick call, here come Officer

24  Walker stepping down.  Sergeant Dukes and them was up at the

23

```
1   my knee, you know.

2      Q    Being that you knew that the steel was protruding

3   out, is there anything that you could have done to prevent

4   your leg from hitting the steel?

5      A    Well, not really.  Because it was sticking out, you

6   see.  I mean protruding like this is the edge of the bed.

7   And the steel screen wasn't actually put right on the bed

8   per se.  It was like off a little bit, you know.  You might

9   have this much of steel sticking out.  Maybe about this

10  much, you know, all uneven, like loose like this here, you

11  know, come in, come out like here where it was cut, you see,

12  all across the edge.  And the bottom bunk was like that,

13  too.  He didn't have to climb on it.  He just had to sit on

14  it, you know.

15     Q    And approximately how much was sticking out?

16     A    I would say about -- maybe about half an inch.

17     Q    Half an inch?

18     A    Yes, ma'am.  All the way across.

19     Q    So after you hit your leg, what did you do next?

20     A    Well, like I said, when I was climbing up on the

21  bunk, you know, I felt the pressure on my leg or whatever,

22  you know.  But it wasn't -- it didn't bother me or whatever,

23  you know, at the time, you know.  And then I noticed where a

24  couple days later, you know, it started swelling up.  I
```

24

1   thought, well, a boil came up there and then the boil

2   busted, you know.  And that's when it started draining and

3   my leg swelled up, you know.

4       Q    Did you tell any of the officers that you had hit

5   your leg on the 18th?

6       A    No, ma'am.

7       Q    Did you tell any officer on the next day, on the

8   19th?

9       A    No.

10      Q    What about on the 20th?

11      A    No.  It didn't start until the 21st, right.  That's

12  when it started swelling up and things like that.

13      Q    So when was the first day that you noticed something

14  happen to your left leg?

15      A    Well, I injured it the 18th and the blister came up,

16  you know.

17      Q    When did the blister come up?

18      A    Between the 18th and the 21st.  I can't remember per

19  say, Ms. Tross.  But it wasn't no, you know, like, you know,

20  no real big blister.  It was a little thing, you know.  You

21  know what something puncture or anything, like a scratch or

22  something, just a regular thing, you know.  It wasn't just

23  run out to the infirmary and say look, I scratched my knee

24  or whatever.  It wasn't nothing like that.  Then the blister

1    came up.  Once the blister busted, then that's when -- it

2    didn't really start draining right away, then, because my

3    leg swelled up.  And then after I guess over the time that I

4    was there, when the hole got deep, the blister come up.

5    Just like every time the heart beat, the blood was coming

6    out like that.  So the more my leg was draining, then the

7    more pressure was coming off my leg, you know.

8              Before that, I was in extraordinary pain and I

9    couldn't sleep.  All I could do is just sit up in the bed

10   with my back to the wall and just rub my leg all night, you

11   know, all day, because I'm telling you.  Because my leg

12   swelled up real big, you know.  Maybe about three or four

13   second.  Every time I went over to the infirmary, they would

14   measure my leg.  As long as my leg was big, I stayed in the

15   hospital.

16   Q    So let's go back to the statement of claim in your

17   complaint.

18             Could you please read the first sentence of the

19   second paragraph of the statement of claim?  It starts, on

20   Wednesday.

21   A    Yes, ma'am.  On Wednesday, July 1st, early in the

22   morning, I noticed my leg was swollen and bleeding pus/

23   blood.  I was unable to sleep as a result of extreme pain.

24   Q    Okay.  You said July 1st.  But it says July 21st?

26

```
1    A    Yes, ma'am, July 21st.  I tell you I have a problem
2  because I don't have the reading glasses.
3    Q    So according to your complaint, you noticed that
4  your leg was swollen and bleeding on July 21st?
5    A    Yes, ma'am.
6    Q    Had you had any swelling in your leg prior to July
7  21st?
8    A    I didn't notice it like that, you know.
9    Q    Did you have any bleeding in your leg prior to July
10 21st?
11   A    No, ma'am.  The blister was there, you know.  But it
12 didn't bust anything.  I just thought it was, you know, like
13 a bump or something, you know.
14   Q    And what happened after you noticed that your leg
15 was swollen and bleeding on July 21st?  What did you do
16 next?
17   A    I was in the bathroom and that's when one of the
18 officers came through there, a black officer.  He came and
19 seen me in the bathroom.  Because being in the bathroom like
20 that, you know, after the count and everything when the
21 shift come on, the 12:00 o'clock shift.  So that's when he
22 sent for the shift commander, Sam Hastings.
23   Q    Do you recall the officer's name who saw you?
24   A    I did know but it slipped my mind.  I can't
```



1    remember.

2      Q    Did you write a sick call slip on July 21st?

3      A    Yes, ma'am.

4      Q    Do you have a copy of that sick call slip?

5      A    No.  Because when I filed it, they said they never

6    got it.  Because you put it in the box, you know, you just

7    write it up and put it in the box, you know.  And that's it.

8      Q    And when do you first claim that you told Sergeant

9    Dukes about your leg?  What day?

10     A    This had to be the same day.

11     Q    You told him on July 21st?

12     A    I'm trying to remember.  Because I didn't talk to

13   him per se.  It was Walker that was running that gate.

14   Dukes was in the office, you know.

15     Q    So you didn't speak directly with Sergeant Dukes?

16     A    No.  Only until he came on the tier and brought me

17   those boxtops of cardboard to put across my bed.  That's

18   when I spoke to him.

19     Q    But on July 21st, you didn't tell Sergeant Dukes

20   about your leg?

21     A    No.  Because, see, what happened, like I said, on

22   Wednesday, the 21st, early in the morning, I noticed my leg

23   was swollen and pus was coming out.

24             So this was the 12:00 o'clock shift.  So it had

EMANUEL ... REDDEN 03/22/2007

28

1  to be on the 21st, Ms. Tross.

2      Q    That you spoke with Sergeant Dukes?

3      A    Yeah.  Because if I'm saying the 21st when the early

4  shift came on, they worked the 12:00 to 8:00 shift.  You

5  see, they come on at 12:00 o'clock.  So this should have

6  been the 21st.

7      Q    And what did you say to Sergeant Dukes?

8      A    Well, I talked to Sam Hastings first.

9      Q    Okay.

10     A    He was the sergeant.  And when I was in the

11  bathroom, that's when the correctional officer came through

12  there and making the round and noticed my injury because it

13  was bleeding and everything.

14           So he in turn asked what happened.  I told him

15  what happened.  And then Sergeant Hastings came and informed

16  me that he -- he informed me that he was going see Sergeant

17  Dukes on the 8:00 to 4:00 shift for the purpose of getting

18  me to sick call.

19     Q    Okay.  So do you know if Officer Hastings ever spoke

20  with Sergeant Dukes?

21     A    Yes, ma'am.  Because, see, Sam Hastings, he run the

22  whole building.  But he worked the 12:00 to 8:00 shift.  He

23  is over Sergeant Dukes, you see.  He run the whole building.

24     Q    So how do you know Sergeant Hastings spoke with

29

```
 1  Sergeant Dukes?

 2      A    Because he told me he did.

 3      Q    And when did he tell you that?

 4      A    The following -- the night when he came on.  So that

 5  had to be late the 21st or early the 22nd.

 6      Q    Okay.  And do you know what Sergeant Hastings said

 7  to Sergeant Dukes?

 8      A    I don't know verbatim because I wasn't there.

 9      Q    Did you ever personally tell Sergeant Dukes about

10  your leg?

11      A    Yes, ma'am.

12      Q    And when did you personally tell him about your leg?

13      A    The same day, the 21st.  That's when he came over

14  there about half an hour later.  He came over there with the

15  cardboard, you know.

16      Q    So let me just make sure I understand.  You were in

17  the bathroom?

18      A    Yes, ma'am.

19      Q    And an officer came and saw you?

20      A    On the 12:00 to 8:00 shift.

21      Q    That officer then spoke with Sergeant Hastings?

22      A    Right.

23      Q    Sergeant Hastings said he would speak with Sergeant

24  Dukes?
```



**WILCOX & FETZER LTD.**
Registered Professional Reporters

1    A    Right.

2    Q    And Sergeant Dukes later came and spoke with you?

3    A    Yes, ma'am.

4    Q    And when you spoke with Sergeant Dukes --

5    A    See, Sergeant Dukes didn't come directly. I spoke

6    to Officer Walker first.

7    Q    Okay.

8    A    And then they told me Sergeant Dukes was too busy

9    and all that there, you know, he wouldn't relay the message

10    until sergeant -- he is the one that relayed the message and

11    Sergeant Dukes came and brought me the cardboard and

12    everything like that to put across the edge of my bed.

13    Q    So when did you first speak to Officer Walker?

14    A    The same day of the 21st when I didn't go to sick

15    call.

16    Q    Okay. Let's go to paragraph four of the statement

17    of claim. Could you please read the first sentence where it

18    states, the pain became so severe?

19    A    Yes, ma'am. The pain became so severe. I showed my

20    leg to CO Walker on Wednesday, the 21st and again, Thursday,

21    the 22nd.

22    Q    Okay. So according to your complaint, you first

23    spoke with Officer Walker on Wednesday, July 21st, 2004, is

24    that correct?

31

1    A    Yes, ma'am.

2    Q    Would you be surprised to learn that Officer Walker

3  did not work on Wednesdays back in 2004?

4    A    Yes, ma'am, I would be surprised.

5    Q    Is it possible that you did not speak with Officer

6  Walker on Wednesday, July 21st?

7    A    Oh, I spoke to Sergeant Walker when I was going out

8  the gate.  He is the one that came down and stopped me from

9  going out.  Because the wood shop was coming in.  Officer

10 Walker is the one that stopped me from going out the gate to

11 sick call on my way out and told me to go back to the tier

12 because sick call was over with.  Yeah.

13   Q    Is it possible you didn't speak with Officer /ER

14 Walker until the 22nd?

15   A    It might have been.  But what I'm saying to you as a

16 fact, I spoke to Sergeant Walker.

17   Q    On the 21st?

18   A    I don't know if it was the 21st.  It should have

19 been the 21st but I'm not certain.  After 12:00 or whatever.

20 But I spoke to Sergeant Walker and he is the one that

21 relayed my message to Sergeant Dukes, you see, and he is the

22 one that originally told me that Sergeant Dukes was too

23 busy.

24            I know Sergeant Walker.  I mean Officer Walker.

32

```
 1   When he brought me those strips of cardboard.

 2      Q    Okay.  Could you please read the remainder of

 3   paragraph four?

 4      A    Yes, ma'am.  The pain became so severe, I showed my

 5   leg to CO Walker on Wednesday, July 21st, and again on

 6   Thursday, the 22nd.  Each time conveyed nothing he could do

 7   and wasn't going to call -- wasn't going to call medical.

 8      Q    Keep going.

 9      A    In order for him to send me to medical, medical

10   would have to call.  I explained to him I had put in a

11   couple sick call passes the day before and my name simply

12   wasn't appearing on the sick call list.  I asked him would

13   he please call the hospital as a result of my leg constantly

14   bleeding.

15      Q    Okay.  So according to your complaint, when you

16   spoke with Officer Walker, you said, I explained to him, I

17   had put in a couple sick call passes the day before?

18      A    Yes, ma'am.

19      Q    And my name still wasn't appearing on the sick call

20   list?

21      A    Right.

22      Q    Do you recall making that statement to Officer

23   Walker?

24      A    Yes, ma'am.
```



WILCOX & FETZER LTD.
Registered Professional Reporters

1   receiving cortisone injections in the back of my head for

2   keloid infection.

3      Q    And did you write this section of the sick call

4   slip?

5      A    Yes, ma'am.

6      Q    So according to the sick call, you had injured your

7   knee, is that correct?

8      A    Yes, ma'am.

9      Q    Okay.  Now, why did you wait until July 22nd to fill

10  out this sick call slip?

11     A    Well, like I said, Sergeant Hastings said he is

12  going to put my name on there, you see.  And then that night

13  when he came on, I said, hey, man, I didn't go over there.

14  So he told me to fill out another one.  So I filled out this

15  one here.

16     Q    Okay.  Let's finish reading this.  If you can read

17  out loud the section, do you see where it last the letter P

18  and then it begins, Officer Walker?

19     A    Yes, ma'am.

20     Q    Could you read that out loud?

21     A    Officer Walker notified and will send inmate to sick

22  call.

23     Q    So according to the slip, Officer Walker was

24  notified and agreed to send you to sick call?



36

1    A    Ma'am, you're going a little too fast.  Officer

2    Walker notified and will send inmate to sick call.  See,

3    this is when they got a no-show.  He never notified me at

4    all about no sick call.

5    Q    Okay.

6    A    On July 23rd.

7    Q    But according to this sheet, Officer Walker said he

8    would send the inmate to sick call?

9    A    Yes, ma'am.  And this is the same woman, Brenda,

10   when I got over there a couple days later, this is when they

11   accused me of refusing to come to sick call.  And I told

12   her, I said, I never refused to come to sick call, you know,

13   didn't nobody tell me about no sick call.

14   Q    Is that what's meant by the no-show on the sick

15   call?

16   A    Yes, ma'am.

17   Q    And this no-show is dated July 23rd?

18   A    Yes, ma'am.

19   Q    So did you ever go to the medical department on July

20   23rd?

21   A    No, ma'am.  I didn't go over there until -- the

22   dates I have down here.

23   Q    So what happened on July 23rd?

24   A    Well, this is the date that evidently I was talking

**W&F**
WILCOX & FETZER LTD.
Registered Professional Reporters

38

1   they called me at 9:00 o'clock, they would have had me, you

2   know.  Because --

3       Q    But at some point, were inmates waking you up saying

4   they are calling you for sick call?

5       A    No, ma'am.

6       Q    So how did you eventually learn that you were called

7   for the sick call?

8       A    Well, what happened, around -- I don't know.  It was

9   around 10:00 o'clock, a brother woke me up and said they are

10  calling you for sick call.

11      Q    So someone had heard that they were calling you?

12      A    Yeah.  But it was around 10:00 o'clock, see.

13  Because, see, the officer call you, you know, from the booth

14  or wherever they be at, you know, come to the gate or

15  something like that, you know.

16           So when the brother related to me, that's when

17  he helped me off the bunk and everything, actually gave --

18  the officers let me out the gate.  I made it out the gate.

19  I was on my way to the front door.  And that's when Sergeant

20  Walker came down there and told me sick call was over with.

21      Q    Do you recall a code yellow being called that day?

22      A    No, ma'am.  What's code yellow?

23      Q    Where basically the inmates weren't allowed to move

24  from where they were from.

44

1          Sergeant Campbell told me that she felt

2    indebted to Sergeant Dukes, because when she ran out of sick

3    time when she was sick, Sergeant Dukes gave her his sick

4    days so she could still continue to get paid and stay out

5    there.  You can investigate that, too.  That's what Campbell

6    told me.  So that's how they got me out of Smyrna and got me

7    up here, you see.

8    Q    So did you agree to write off on the grievance?

9    A    Yes, ma'am.  Yes, ma'am.  Only so I could continue

10   on with my grievances, you know.  Because they had three

11   officers there.  No, they had the counselor, two officers

12   and two inmates, you see.  This is right here.  I sent you

13   the documents to that.

14   Q    Yes, you did.

15   A    Right.  So the inmates vote whatever way, then there

16   is always three to two, you know.

17          So I wanted to go forward with my grievances,

18   whatever, you know.  So after they agreed to all that there

19   and everything so I have them on that there because all

20   these guys was witnesses where they promised to do all that,

21   you see.  So I said, okay.

22          Because Lieutenant Johnson here, he is a very

23   good man.  He is a very good, honest man, you see.  He don't

24   lie at all.

47

1    was on the way out the door, Ms. Tross.  The door was open.

2    I was on the way out.  That's when he came down and called

3    me.

4        Q    And you did get to the infirmary on July 24th,

5    correct?

6        A    Yes, ma'am.  Is that what I have written down there?

7    Yeah.  I believe so.  I don't know if it was a Saturday or

8    not.

9        Q    But it was the next day?  It was July 24th?

10       A    Yes, ma'am.  It was on Saturday.  Because my sister

11   came to see me that night.  My two sisters had a Saturday

12   night visit.  So I showed them my knee.  So it was the 24th

13   when I got over there.

14       Q    When you say got over there, you mean the infirmary?

15       A    Yes, ma'am.

16       Q    Mr. Redden, did Warden Kearney cause you to injure

17   your leg on the bunk?

18       A    No, ma'am.

19       Q    Did you see him cause the metal to protrude from

20   your bunk?

21       A    No, ma'am.

22       Q    Did he prevent you from filling out a sick call slip

23   prior to July 22nd?

24       A    No, ma'am.



50

```
 1    Q    Do you remember the date of the Friday?

 2    A    I have something right here now.  I can track it

 3  down here.

 4    Q    But the one that we discussed on the 22nd, that was

 5  the first one that you personally filled out?

 6    A    Yes, ma'am.

 7    Q    When was the first time you saw a nurse for the

 8  injuries to your knee and leg?

 9    A    That Saturday when I went over there, that Saturday

10  morning, whatever time I went over there, I seen Ms. Brenda,

11  the one that accused me of not coming over there.

12    Q    Would that be July 24th?

13    A    I presume, yes, ma'am.  Let me check.  Yes, it had

14  to be on Saturday, the 24th, yes, ma'am.

15    Q    When was the first time you saw a doctor for the

16  injury to your knee and leg?

17    A    Well, I went over there the 24th and I never seen no

18  doctor until that Monday.  Because the doctors don't be

19  there on the weekend.  But there was one on call and the

20  nurse that evening called and she said, his leg don't look

21  too good to me.  I think that might have been Sunday night

22  or Saturday night.  I'm not certain.  She said, his leg

23  don't look too good to me.  I don't like the way it looks.

24  She was talking to him on the phone.  She explained how my
```

52

1    there.

2              When I would go over there in the evening, they

3    would take that packing out and pack it again.  And then

4    when I would go over there in the morning, they would take

5    the packing out and pack it again and they would massage my

6    leg and measure my leg and everything.  This is while I was

7    in the infirmary.

8              And so they kept saying his leg is too big and

9    taking the measurements and everything.  As long as my leg

10   was big, 18 or whatever, you know, I think this leg was 15,

11   they wouldn't let me leave because my leg was swelled up

12   real bad.  But I told you I had to leave because they kept

13   bringing the dogs.  And the more I complained about I

14   couldn't sleep, the more they came coming in the hallway

15   with the dogs and everything barking all night long.  I just

16   couldn't get no sleep.  I couldn't get anything in there,

17   you know.

18   Q     Were you prescribed any medication for the injury to

19   your knee and leg?

20   A     They gave me some antibiotics.  I had to take some

21   antibiotics for the poison in my knee.

22   Q     And did you take them?

23   A     Yes, ma'am.

24   Q     Did they prescribe anything else?



54

1    A    No, ma'am.

2    Q    Are you currently on any medication for the injuries

3    to your knee and leg?

4    A    No, ma'am.

5    Q    And when was the last time you saw a doctor or a

6    nurse for the injuries to your knee and leg?

7    A    When I was in behavior modification in

8    September 2000.

9    Q    September 2000?

10   A    2004.  September 2004.  Then when I got out of

11   there, I was healed in between September.  That's when I

12   stopped my treatment.  In September or early October, 2004.

13   Q    And that was the last time you saw a doctor or nurse

14   for it?

15   A    Yes, ma'am.  Because the wound had healed up.

16   Q    And when was the last time that you took medication,

17   the antibiotics, for your injury?

18   A    Well, they gave me a whole bunch of that stuff, you

19   know, where I had to take it so many times and everything.

20   Q    Do you remember how long it lasted?  Were you on it

21   for a week?

22   A    No, I was on there for about a month.  Yeah, about a

23   month or more.  From July.  I'd say about a month and a

24   half.

61

```
 1    A    Yes, ma'am.

 2    Q    Okay.  On page seven, interrogatory number five, you

 3  stated that the grievance board members voted to verbally

 4  reprimand the defendants.

 5         How do you know the grievance board members

 6  voted to verbally reprimand the defendants?

 7    A    I was there when they discussed it.  Yeah, I was

 8  there.

 9    Q    So this was discussed at the grievance hearing?

10    A    Yes, ma'am.

11    Q    And who voted to verbally reprimand the defendants?

12    A    All of them did.  Lieutenant Sturgis, Lieutenant

13  Johnson and Ms. Kromla.  Because once they realized the

14  seriousness of the charges, see, they didn't want me to go

15  through.  So they seen all three of my grievances at the

16  same time.  Diaz and the other one that they dismissed

17  because he backdated the charge on me, gave me a charge so

18  he could get that dismissed when he bumped me with his

19  stomach because I wrote that up, too.

20    Q    And when you said they voted to verbally reprimand

21  the defendants, did this include Warden Kearney?

22    A    I didn't file no grievance against Warden Kearney.

23    Q    Who was the grievance against?

24    A    Sergeant Dukes for medical -- for refusing me
```

1
                              I N D E X

2     DEPONENT:  EMANUEL W. REDDEN, JR.                PAGE

3         Examination by Ms. Tross                       2

4
                          E X H I B I T S
5

6         STATE DEFENDANT'S DEPOSITION

7     NUMBER              DESCRIPTION                 MARKED

8        1     Form to be Used by a Prisoner in         16
              Filing a Complaint Under the Civil
9             Rights Act, 42 U.S.C. 1983

10       2     Delaware Department of Corrections        33
              Request for Medical/Dental Sick
11            Call Services

12       3     Grievance Report                         39

13       4     Defendants' Combined First Set of        60
              Interrogatories and Requests for
14            Production of Documents Directed
              to Plaintiff

15

16

17

18

19

20

21

22

23

24

State of Delaware )
                 )
New Castle County )


### CERTIFICATE OF REPORTER


        I, Allen S. Blank, Registered Merit Reporter and
Notary Public, do hereby certify that there came before me
on the 17th day of January, 2007, the deponent herein,
EMANUEL R. REDDEN, JR., who was duly sworn by me and
thereafter examined by counsel for the respective parties;
that the questions asked of said deponent and the answers
given were taken down by me in Stenotype notes and
thereafter transcribed by use of computer-aided
transcription and computer printer under my direction.

        I further certify that the foregoing is a true and
correct transcript of the testimony given at said
examination of said witness.

        I further certify that I am not counsel, attorney,
or relative of either party, or otherwise interested in the
event of this suit.



                    Allen S. Blank, RMR
                    Certification No. 103-RPR
                    (Expires January 31, 2008)


DATED:   January 26, 2007



**WILCOX & FETZER LTD.**
Registered Professional Reporters