# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** SUSSEX CORRECTIONAL CENTER

This request is for (circle one) **MEDICAL** DENTAL MENTAL HEALTH

Name (Print): Emanuel Redden

Housing Location: Medium - B Tier

Date of Birth: 6-21-50

SBI Number: 092587

Date Submitted: 7-22-4

Complaint (What type of problem are you having): Injured my knee extremely bad - Also, I was receiving cortisone injections in the back of my head for a keloid infection.

Inmate Signature: Emanuel Redden

Date: 7-22-04

The below area is for medical use only. Please do not write any further

S:

O: Temp: ___ Pulse: ___ Resp: ___ B/P: ___ WT: ___

A:

P: Officer Walker notified and will send in to sick call.

E: No Show

Provider Signature and Title: B. Cameron, LPN / Brenda Cameron, LPN

Date: 7-23-04

Time: 1120

3/1/99 DEOI
n# MED 263

DEPOSITION EXHIBIT S.D. #2
1/17/07 ASB