| INMATE REFERENCE MANUAL<br><br>DEPARTMENT OF CORRECTION<br>SUSSEX CORRECTIONAL INSTITUTION<br>GEORGETOWN, DELAWARE 19947 | CHAPTER: J2 | PAGE:<br>1 of 6 |
|---|---|---|
| EFFECTIVE DATE: March 8, 2002 | SUBJECT: INMATE GRIEVANCE PROCEDURE | |
| CHAPTER: INMATE RULES | | |

These things are important to do when you submit a grievance:

1. Use black or dark blue ink. Pencil does not copy very well.

2. Print the following information clearly:

   a. Facility (SCI)
   b. Your full committed name, then AKA's
   c. Your building and tier or housing unit
   d. The date you are submitting the grievance
   e. Your SBI number
   f. The time and date of the incident you are grieving

**The IGC will not accept the form without the above information.**

Please leave the case # blank on both the regular and the medical grievances. When it is logged, the IGC gives it a case number.

Sign at the bottom and date it again. DO NOT check off the "INFORMAL RESOLUTION" area. This is only used when you decide if the resolution is acceptable at Level 1.

Medical grievances have to do with medical problems, **not** DOC charges for "no shows" for missed appointments.

According to the Grievance Procedure 4.4, which is found in this manual, you may not grieve **Classification, Disciplinary, or Housing**.

Give all of the information necessary to explain your issue (one issue per grievance). Keep it brief and simple. Your opinions, beliefs, and unfounded rumors only confuse the issue.

Your "Action Requested" should be brief and to the point. This area should not have more information concerning the grievance part of the form. Do not ask for something that the grievance procedure cannot grant. Psychological evaluations, drug tests or moving a C/O from a particular housing unit is not a legitimate request.

Each building except Pretrial has elected inmate representatives. Seek these inmates out during yard time to discuss your issue. They may be able to help you resolve your problem before it becomes a grievance.

I. **AUTHORITY:** DOC Policy 4.4

II. **PURPOSE:** To establish an Inmate Grievance Procedure designed to reduce tension in correctional facilities and to effectively resolve grievances within the system. Every inmate within the jurisdiction of the BOP will be provided a timely and effective means of having problems brought to the attention of those who can offer administrative remedies before court petitions can be filed. NOTE: Inmates are encouraged to seek their counselors' advice on how to best pursue a response to concerns before prematurely filing a grievance under the guidelines that follow.

III. **APPLICABILITY:** All BOP employees, volunteers, persons or organizations conducting business with the BOP, all inmates under the supervision or custody of the BOP.

IV. **DEFINITIONS:**

   A. BUREAU GRIEVANCE OFFICER (BGO): A BOP employee who reviews and mediates appeal of the Warden's/Warden's Designee decision.

   B. EMERGENCY GRIEVANCE: An issue that concerns matters which under regular time limits would subject the inmate to a substantial risk of personal, physical or psychological harm.

   C. GRIEVANCE: A written complaint concerning the substance or application of a policy or practice, any action toward an inmate by staff or other inmates; any condition or incident within the institution that affects an inmate.

   D. INMATE GRIEVANCE CHAIR (IGC): An employee of the institution who has been designated to handle inmate grievances.

   E. INMATE GRIEVANCE PROCEDURE (IGP): The formal process provided to inmates to resolve disputes.

   F. OUTSIDE REVIEWER: An individual not associated with DOC who hears inmate grievance appeals referred by the BGO and Bureau Chief of Prisons.

   G. RESIDENT GRIEVANCE COMMITTEE (RGC): A committee comprised of institutional staff and inmates that hears inmate grievances and makes a recommendation to the Warden/Warden's Designee.

   H. REPRISAL: Any action or threat of action against an inmate or staff based solely on their participation or use of the IGP

   I. MEDICAL GRIEVANCE COMMITTEE (MGC): An institution's specific medical review authority comprised of a minimum of three medical services contractual staff from the following list:

   > Health Services Administrator
   > Director of Nursing
   > Charge Nurse

        Chief Medical Officer
        Medical Records Clerk
        Mental Health Counselor
        Chief Dental Officer
        Dental Assistant

V. **PROCEDURE:**

    A. Copies of the IGP shall be available in each institutional housing unit, in each library, in each counselor's office, and in each IGC office.

    B. All inmates, regardless of physical condition, security, or administrative status shall be entitled to use the IGC. Inmate complaints regarding policies and conditions must be within DOC jurisdiction. This includes actions by employees, inmates, and incidents occurring within the institution that affect them personally. NOTE: Policies that have their own formal appeal mechanisms are not grievable through the IGP. Specifically excluded from the IGP are issues concerning Disciplinary, Classification, and Parole Board decisions.

    C. The IGP shall afford the grievant a meaningful remedy. Relief may include an agreement by the Warden/Warden's Designee to remedy an objectionable condition within a reasonable, specified time period; change in institutional policy or practice; or restitution.

    D. The IGP prohibits reprisals against staff or inmates for their use or participation in the process. If either participant experiences adverse reactions, they may appeal directly to the Warden/Warden's Designee. The Warden/Warden's Designee shall offer a written response within 10 calendar days upon receipt of the appeal. This decision is appealable to the Bureau Chief of Prisons for final disposition.

    E. No staff or inmate named as a party to the grievance shall participate in any capacity in the resolution decision. This instruction includes contact for purposes of information gathering not merely decision making. Grievances filed against the IGC or appealing authority shall be referred to the next higher authority.

    F. All grievances shall be kept separate from the inmate's master file. Neither staff or inmates shall have access to these records except to the extent necessary for clerical processing, resolution, or decision compliance.

    G. The maximum period between initial grievance receipt and final appeal response shall not exceed 180 calendar days. If a full RGC cannot be convened as scheduled, another hearing shall be rescheduled within 7 calendar days.

    H. Inmates are prohibited from submitted more than one grievance arising from a single incident.

    I. If more than on inmate files a grievance on the same incident, the IGC will consolidate the staff investigations and RGC hearings into a single "group grievance". All individuals involved will be notified by the IGC.

J. The IGC shall provide a copy of the response to each IGP step to the grievant within 7 calendar days of IGC receipt.

K. The RGC shall be comprised of two inmates who are elected by a majority vote from their own housing unit and two staff designed by the Warden/Warden's Designee. Designated staff should include custody and treatment staff, as well as, those who have frequent contact with the grievant's housing unit. Each RGC member has one vote; the IGC shall only vote to break a tie.

L. Inmate RGC members and two inmate alternates shall serve for a term of six months. Staff RGC members serve at the discretion of the Warden/Warden's Designee. One staff member shall be from Treatment and one from Security.

M. The RGC shall deliberate on its findings and forward its recommendation to the Warden/Warden's Designee.

N. All investigative work must be completed and documented prior to the RGC hearing.

O. Inmates are allowed to retract a grievance at any time during the process by written notice to the IGC.

P. The IGC shall submit a monthly IGP status report to the BGO and the Bureau Chief of Prisons.

Q. The BGO and the Bureau Chief of Prisons share responsibility for IGP revisions/amendments. Distribution to all points of inquiry listed in "A" above shall be the responsibility of the Warden/Warden's Designee.

R. Remedies which are dependent on departments or agencies outside of the DOC may require more time for coordination of implementation steps. The IGC shall notify the grievant of the implementation plan and schedule upon receipt of written notification of concurrence by the outside entity.

S. The specific duties of the IGC and BGO are listed in the "Inmate Grievance Procedure Training Manual". Analysis of their performance is the sole responsibility of their immediate supervisors.

## IGP RESOLUTION LEVELS

### Level I (Informal Resolution):

The IGP process begins when an inmate files Form #584. The grievant must complete this form within 7 calendar days following the incident and forward to the IGC. The IGC shall forward the grievance to the inmates' housing unit supervisors within two days of their receipt. Housing unit supervisors shall investigate, document all findings on Form #175, attempt resolution and report results to the IGC within 3 calendar days of their receipt of the grievance. Resolution ends the IGP process; the IGC closes the file and monitors issues of compliance. Unresolved grievance are referred to Level II administration.

**Level II (RGC Recommendation/Warden's Decision):**

The RGC will convene within 30 calendar days of IGC receipt of the grievance to examine the issue and documented investigative data from Form #175, hear testimony, and make a recommendation. The grievant will be offered the opportunity to participate in the RGC hearing. The RGC shall ask any question it feels relevant to the issue. If the RGC determines that further investigation is required it may grant an additional 5 days, by majority RGC member vote and grievant consent, to complete its work. All RGC work is to be documented and forwarded to the IGC on Form #584 RGC Recommendation. The IGC forwards the RGC recommendation to the Warden/Warden's Designee. The Warden/Warden's Designee responds on Form #584 within 10 calendar days and forwards that response to the IGC for distribution. If the Warden/Warden's Designee and grievant concur with the RGC recommendation the grievance is deemed resolved; the ICG closes the file and monitors issues of compliance. If there is no concurrence, the case I referred to Level III administration.

**Level III (The Final Decision):**

The BGO will review the grievance file upon receipt. Concurrence with the Warden/Warden's Designee decision and signature by the BGO and Bureau Chief of Prisons ends the IGP process; the IGC closes the file and moitors issues of compliance. At the BGO's discretion, mediation between grievant and the Warden/Warden's Designee may be attempted or outside review recommended. The BGO shall recommend outside review in only those instances where interpretation of law or expansion of policy are necessary. The Bureau Chief of Prisons may accept or reject the BGO's written recommendation. Decisions by the Bureau Chief of Prisons are final and not open to grievant interpretation. The Bureau Chief of Prisons will return his final decision and the grievance file to the IGC for closure and monitoring for issues of compliance.

**Emergency Grievance:**

Issues that concern substantial risk of personal, physical or psychological inmate injury shall be addressed immediately by the Warden/Warden's Designee. A copy of the grievance shall be sent to the IGC upon receipt by the Warden/Warden's Designee. And the Warden/Warden's Designee shall respond within one calendar day. Grievant appeals of the Warden/Warden's designee decision will be decided by the Bureau Chief of Prisons within one calendar day upon receipt of the emergency appeal. NOTE: If the Warden/Warden's Designee should determine that the grievance does not meet the emergency criteria, the grievance shall be returned to the inmate for processing through the normal IGP process.

**Medical Grievance:**

All medical grievances must be submitted to the Inmate Grievance Chairperson (IGC) at the respective institution on Form #585. If, by chance, an inmate sends a grievance directly to the medical services contractual staff, they are to forward it first to the IGC who will log it in the institution's grievance log and then return it to the medical service contractual staff for action.

The appropriate medical staff will review the grievance and denote actions taken on the Medical Log Form #586.

The medical services contractual staff will attempt an informal resolution with the inmate, upon discussion over the treatment defined on the Medical Log Form. If the Medical Grievance is resolved the inmate acknowledges this by his signature on Form #585 Informal Resolution. This signed form is forwarded to the IGC who will close out the case.

Failure to resolve the grievance informally, results in a Medical Grievance Committee hearing which will not include any medical services contractual staff previously involved in the informal resolution process. The IGC and the inmate must be present at this hearing.

Resolution closes the case; failure to resolve the case results in the inmate completing the MGC Appeal Statement section of Form #585. Upon receipt, the IGC forwards the file to the Bureau Grievance Officer (BGO). The BGO recommends a course of action to the Bureau Chief of Prisons, who renders a final decision.

**Universal Grievance:**

Issues that concern the entire system and not just one inmate, a group of inmates, or one institution shall be presented by the BGO to the Bureau Chief of Prisons.

**Institutional Transfer:**

When possible, transfers shall be delayed for any inmate who has filed a grievance and been notified of an RGC hearing date until the hearing has concluded. If circumstance requires immediate transfer, the IGC at the institution where the grievant filed will proceed in the grievant's absence utilizing the normal IGP process steps through Level II. The Warden/Warden's Designee decision will be forwarded to the IGC at the grievant's new location for review. If the grievant appeals to Level III, the IGC at the grievant's new location shall forward the file to the IGC at the original location for BGO review. Grievances filed against the sending institution after an inmate's tranfer, but inside the standard seven day window following an incident, shall be forwarded by the IGC at the new location to the IGC at the original location for processing.

**Appeals:**

Grievant appeals must be signed, dated and state the specific reasons on Form #584 Grievance Appeal. This form must be given to the IGC who is responsible for tracking the status of each grievance. The IGC will forward the appeal and grievance file to the BGO. Grievants shall have 3 calendar days upon receipt of their copy of the Warden/Warden's Designee decision to appeal, as well as, to include any additional information for review at the next level. NOTE: The Bureau Chief of Prisons decisions are final and not appealable.