# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : REDDEN, EMANUEL W | SBI# : 00092507 | Institution : SCI |
| Grievance # : 5609 | Grievance Date : 08/02/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 1 | Resol. Date : 09/14/2004 |
| Grievance Type: Staff Issues | Incident Date : 08/02/2004 | Incident Time : 00:01 |
| IGC : Atallian, Michael J | Housing Location : Bldg 19, Upper, Tier C, Cell 5, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate states that he was called for an emergency sick call and as he was preparing to leave he was stopped by C/O Walker and was told that sick call was over. says he pleaded with him to call infirmary but he stated that he can not call they must call for him. Says that he came back and said that they did not want to see him, he was sent the next day and admitted for 8 days.

**Remedy Requested** : Leaving it up to IGC.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** NO   **Date Received by Medical Unit :**
**Investigation Sent :**     **Investigation Sent To** : Smith, Robert N II
**Grievance Amount :**



DEPOSITION EXHIBIT
S.D.#3
1/17/07 ASB

SCI Sussex Correctional Institution           Date: 06/01/2006
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : REDDEN, EMANUEL W | **SBI#** : 00092507 | **Institution** : SCI |
| **Grievance #** : 5609 | **Grievance Date** : 08/02/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 1 | **Inmate Status** : |
| **Grievance Type:** Staff Issues | **Incident Date** : 08/02/2004 | **Incident Time** : 00:01 |
| **IGC** : Atallian, Michael J | **Housing Location** : Bldg 19, Upper, Tier C, Cell 5, Single | |

## INFORMAL RESOLUTION

**Investigator Name** : Smith, Robert N II                **Date of Report** 08/02/2004

**Investigation Report :**

**Reason for Referring:**


**Offender's Signature:** _____

**Date**            : _____

**Witness (Officer)** : _____

SCI Sussex Correctional Institution  Date: 06/01/2006
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name**: REDDEN, EMANUEL W | **SBI#**: 00092507 | **Institution**: SCI |
| **Grievance #**: 5609 | **Grievance Date**: 08/02/2004 | **Category**: Individual |
| **Status**: Resolved | **Resolution Status**: Level 1 | **Inmate Status**: |
| **Grievance Type**: Staff Issues | **Incident Date**: 08/02/2004 | **Incident Time**: 00:01 |
| **IGC**: Atallian, Michael J | **Housing Location**: Bldg 19, Upper, Tier C, Cell 5, Single | |

## IGC

**Medical Provider:**          **Date Assigned**

**Comments:**

Lt. Smith spoke to grievant, He states that he wants to see the RGC on this matter.

Inmate signed off prior to level 2 hearing.

[ ] Forward to MGC          [x] Warden Notified

[x] Forward to RGC          Date Forwarded to RGC/MGC: 09/10/2004

[x] Offender Signature Captured   Date Offender Signed   : 09/14/2004

SCI Sussex Correctional Institution  
PO Box 500  
GEORGETOWN DE, 19947  
Phone No. 302-856-5280  

Date: 06/01/2006

# GRIEVANCE INFORMATION - RGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : REDDEN, EMANUEL W | SBI# : 00092507 | Institution : SCI |
| Grievance # : 5609 | Grievance Date : 08/02/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 1 | Inmate Status : |
| Grievance Type: Staff Issues | Incident Date : 08/02/2004 | Incident Time : 00:01 |
| IGC : Atallian, Michael J | Housing Location : Bldg 19, Upper, Tier C, Cell 5, Single | |

### RGC

Date Received : 09/10/2004    Date of Recommendation:

#### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

#### VOTE COUNT

Uphold :    Deny :    Abstain :

#### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

#### RECOMMENDATION