# MISCELLANEOUS

## Nursing Assessment Protocol
Use Progress Notes for Additional Documentation



FCM
FIRST CORRECTIONAL MEDICAL · LEADING THE WAY IN CORRECTIONAL HEALTHCARE

Inmate Name: Redden, Emanuel
Number: _____ Date Of Birth: _____
Gender: Male Facility: SCI
Allergies: PCN

Date: 7-24-04  Date of Event: 7-18-04
Time: 1030  Time of Onset: climbing up to bunk in evenings
Activity at onset: _____
Medications: Ø

**Subjective:** **Complaint:** Lt ↓ leg swollen c̄ open wound to knee
☒ New  ☐ Chronic  ☐ History of recent trauma/injury  ☐ History of recent infection
**Pain:** ☐ No  ☒ Yes – Scale (1-10) 8  Location: _____
**Type:** ☐ Sharp  ☐ Dull  ☐ Cramping  ☒ Constant  ☐ Intermittent
Throbbing ☐ Radiation: ankle → knee
**Prior History of Similar Symptoms:** ☒ No  ☐ Yes: _____
**Associated Symptoms:** leg warm to touch red & swollen
Temp: 99°  Pulse: 90  Resp: 20  B/P: 140/70  Wt: _____  Pulse Ox: 97%

**Objective:** **Vital Signs:** Temp: 99°  Pulse: 90  Resp: 20  B/P: 140/70  Wt: _____  Pulse Ox: 97%
**General Appearance:** ☐ No acute distress  ☒ Acute distress
**Color:** ☐ Pink  ☒ Flushed  ☐ Pale  ☐ Cyanotic  ☐ Jaundice
**Skin:** ☒ Warm  ☐ Dry  ☐ Cool  ☐ Moist/Clammy
**Turgar:** ☒ Normal  ☐ Decreased
**Mucous Membranes:** ☒ Moist  ☐ Dry
**Exam:** Lt leg swollen c̄ open area to knee

S̄ anatomical figure

**Abnormalities Noted:** ☐ No  ☒ Yes: See above

**Assessment Decision:** **Findings Requiring Referral:**
☐ Abnormal vital signs:
  Temp > 101; Pulse > 100 or
  <50; B/P systolic >200 or < 100
☐ Appears in acute distress
☐ C/O severe pain
☐ Any unexplained clinical abnormality
☒ Any persistent or progressively worse symptoms
☒ Presence of any abnormal findings

**Findings Not Requiring Referral:**
☐ Vital signs WNL
☐ C/O minimal symptoms
☐ No unexplained clinical abnormalities

**Plan:** ☒ Refer to: Fran MARTHOLE  Date & Time: monday 7/26
☒ Instructions: warm compress @ knee / calf & ELEVATE leg
☐ Medications: EES 500mg 1 po QID
☒ Other: VS qs.

Nurse's Signature and stamp: S.M. R.N.

First Correctional Medical, Inc. – Proprietary Information Sept 2001

# ANATOMICAL FIGURE

## INITIAL ALL ENTRIES ON THIS FORM, SIGN AND DATE



open wound.

$16\frac{1}{2}$"

$19\frac{1}{2}$"

D00002

| INMATE NAME: Redden , Emanuel | | ID #: ▉▉▉▉▉▉▉ | RACE: | DOB: ▉▉▉▉▉▉▉ |
|---|---|---|---|---|
| COMPLETED BY: B. Cameron | TITLE: LPN | | DATE: 7.24.04 | TIME: 1040 |

CMS 7105 REV. 3/93

Facility N ___ SC1 ___      Month/Year July '04

| | HOUR | 1 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cleanse LT knee wound c̄ NSS & apply triple antibiotic oint. cover c̄ telfa | AM | | | | | | | | | | | | | | | | | | | | | | BC BC | | | | |
| RN Init. B. Cameron RN  START DATE 7-30-04  STOP DATE 8-4-04 | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Measure both calves BID | AM | | | | | | | | | | | | | | | | | | | | | | BC BC | | | | |
| RN Init. B. Cameron RN  START DATE 7-30-04  STOP DATE 8-4-04 | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hot compress prior to wound care BID | AM | | | | | | | | | | | | | | | | | | | | | | BC BC A | | | | |
| RN Init. B. Cameron RN  START DATE 8-4-04  STOP DATE 8-4-04 | PM | | | | | | | | | | | | | | | | | | | | | | u 8-5 | | | | |
| RN Init.  START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init.  START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init.  START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init.  START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Init.  START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| B. Cameron RN | BC | | |

PHARMACY SUGGESTIONS / RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| ALLERGY | PCN | | |
|---|---|---|---|
| DIAGNOSIS | | | |
| PATIENT NAME | Redden, Emanuel | ID | WING  Med. |

DOCUMENTATION CODES =
DC - Discontinued Order
DO - Dose Omitted
H - Medical Hold
R - Refused
C - Court
LD - Lock Down
S - Self Administered
NS - No Show
O - Other

# BLOOD PRESSURE FLOW SHEET

**INMATE NAME:** ▓▓▓▓▓▓▓

**NUMBER:** Riddal, Emanuel (Medium)

**ORDERED BY:** Dr Blumberg

**DATE ORDERED:** 7/24/4

**DATE EXPIRES:** 8/4/4

**C** **CORRECTIONAL**
**M** **MEDICAL**

| DATE | BP | TEMP/P/R/WT | NURSE INITIALS | ACTION TAKEN CALF MEASUREMENT | PROVIDER REVIEW SIGNATURE |
|------|-----|-------------|----------------|-------------------------------|---------------------------|
| 7/24/4 | 140/40 | 99, 90, 20 | SL | (R) / (L) 16½ / 19½ | |
| 7/24/4 | 144/82 | 98² - 84 - 20 | SW | 16½ / 18½ | |
| 7.25.04 | 110/76 | 97² - 66 . 20 | ... | 16½" / 18½" | |
| 7-26-04 | | See by nurse | | | |
| 7-27-04 | | Reported/In Inf by Doc | | | |
| 7/28/04 | | In Inf by Dr. | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CALL MD IF SBP>190mmHg OR IF DBP>110 OR ANY COMPLAINTS OF HA, CP, SOB ETC.**
**ALL BP's SHOULD BE TAKEN WHILE PATIENT IS SITTING, AFTER 2 MINUTES OF REST.**
MR 1008

D00004


FCM

# Infirmary Intake Form

## Nursing Assessment Protocol
Use Progress Notes for Additional Documentation

| | |
|---|---|
| Inmate Name: Redden, Emanuel | Date: 7.36.04  Time: 1100 |
| Number: ▓▓▓▓▓  Date Of Birth ▓▓▓▓▓ | Medications: ✓ MAR |
| Gender: Male  Facility: SCI | Medications: |
| Allergies: PCN | Appearance: ☐ No Distress ☒ Minimal Distress ☐ Acute Distress |

**SUBJECTIVE:** Chief Complaint: R/O ▓▓▓▓▓▓▓▓ open wound LT lower leg.

Symptoms:
- ☐ Delayed Verbal Response
- ☐ Uncoordinated Movement
- ☐ Vision Changes _____
- ☐ Pain: Where: _____ Scale 1 2 3 4 5
- ☐ Delayed Motor Response
- ☐ Confusion
- ☐ Loss of Balance
- ☐ Bleeding / Bruising Behind Ears
- ☐ Lack of Attention
- ☐ Headaches
- ☐ Decreased LOC
- ☐ Memory Loss
- ☐ Drowsiness
- ☐ Seizures

**OBJECTIVE:**
Temp: 97  Pulse: 62  Resp: 20  B/P: 143/82  Pulse Ox: _____  WT: _____  Finger Stick: _____

☒ Evidence of trauma
Head: _____
Torso: (L Bree _____
Extremities: LT lower leg _____

☒ Wounds
Head: _____
Torso: _____
Extremities: LT knee (L) _____

☐ Deformities
Head: _____
Torso: N/A
Extremities: _____

### Mark and Describe on Diagram

Right | Left
Left | Right

| Legend |
|---|
| A....Abrasion |
| B....Bruise |
| C...Raccoon's Eyes |
| L....Laceration |
| R....Rash |
| O....Other: _____ |
| _____ |

**ASSESSMENT:**
- ☐ Critical – Immediate Referral Local Emergency Department
- ☒ Stable - may house in infirmary
- ☐ Other: _____

Nurse's Signature and Stamp: B. Cameron Lpn    Time: 1100

D00005

**FIRST CORRECTIONAL MEDICAL**

# Infirmary Admission Provider Order Sheet

Date: 7·26·04    Facility: S C I  Infirmary  Time: 1145

Inmate Name: Redden, Emanuel    Inmate Number: ▮▮▮▮▮▮▮

Allergies: PCN

1. Admit to: (Medical infirmary) or

2. Diagnosis: Open wound, ▮▮▮▮▮▮▮▮▮▮

    1.

    2.

    3.

3. Allergies: P C N

    1.

    2.

    3.

4. Diet (circle):   NPO     Liquid Diet    (Regular)    Other: _____

5. IV Fluids as follows  ∅

6. Vital signs:  ☐ q 2 hrs    ☒ q 4 hrs    ☐ q 8 hrs

7. Neuro checks:  ☐ q 2 hrs    ☐ q 4 hrs    ☐ q 8 hrs  N/A

8. Medications:
    1. Erythromycin 500mg PO QID X 8 days
    2. Motrin 800mg PO tid X 2 wks
    3. Colace 100mg + BID PRN X 2 wks
    4.
    5.

9. Parameters:

    Please call the physician provider if:  Pulse Ox is greater than 120 or less than or equal to 50;
    Systolic BP is greater than 190 or less than 110; Diastolic BP is greater than 105 or less than 50;
    Pulse Ox is less than 92% _____

    _____

10. Treatments:  ↑ (L) leg in bed. Measure calves and ankles QD X 1wk

    02 at _____    Dressing changes: See below

    Nebulizer treatment: _____    Other: Warm compress to (L) leg & knee
    BID, cleanse wound c NSS and
    Provider Signature & Stamp: F. Matthole FNP    Q-tip,
                                                    Pack c,
    **Frances Matthole, FNP**                       1/4" plain
                                                    packing.
                                                    Cover c
                                                    2x2 k

noted
P Matthole
7·26·04

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| 7/26/04 | 1300 | Inf Nsg SCI | Admitted to infirmary. Legs elevated. Orderers reviewed. _____ |
| 7/26/04 | 1800 | Inf NSG SCI | S. I'm feeling fine. |
| | | | O. VSS wnl, afebrile. Serosanguinous Drainage to bandage below (L) Knee, size of quarter. No puss present. Cleansed puncture wound c̄ NSS using sterile technique & packed wound c̄ iodophore gauze. Covered c̄ sterile 4x4. Tolerated procedure well. |
| | | | A. Altered skin Integrity |
| | | | P. Continue c̄ wound care BID, administer Abx, VSS, ↑ legs & warm compresses. SWallace RN          Susan Wallace, RN |
| 7/27/04 | 0530 | NSG | A & O x 3 VSS. (R) calf was 16½" and (L) Calf 18". Ambulating well. Tolerating po. No c/o pain. _____ |
| 7/27/04 | 0530 | NSG | 24 hour Chart Check done. _____ |
| 7-27-04 | | SCI Inf | S - Slept well, No constipation. (L) Knee swelling going down. |
| | | | O - aox, skin warm, Lungs clear, RRR (L) calf 40cm, (R) calf 37cm, & warmth of (L) leg but warmer than (R) leg (L) calf soft, Homans neg, Deep breaths & flexion feet encouraged q½hr. PP & Post tibial pulses +2 (L) (R) ankles edema. Bandage to (L) |

| NAME—Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|---|---|---|---|---|---|
| edden, | Emanuel | | | | SCI |

FCM-002

INTERDISCIPLINARY PROGRESS NOTES
☐ Continued on Reverse

## INTERDISCIPLINARY PROGRESS NOTES

| NAME-Last | | First | Middle | Attending Physician | Record No. | Room/Bed |
|---|---|---|---|---|---|---|

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| | 7ᵗʰ | FNP | Knee c̄ bright red blood. |
| | | | A- S/P injury (L) knee - wound |
| | Co | | P/- Cont previous orders. |
| | | | E- mom 30cc PO QD x 1 wk. |
| | | | C̄. Morthole FNP Frances Morthole, FNP |
| 7/27/04 | 1300 | NSG SCI Inf. | S. "The swelling has gone down now" |
| | | | O. (L) knee dressing prior to changing |
| | | | had quarter size serosanguaneous drainage |
| | | | No Purulent drainage on iodophore |
| | | | gauze packing — serosanguaneous only. |
| | | | Wound cleansed & repacked. – (+) pedal |
| | | | pulse. – Warm to touch (L) knee c̄ no constipation |
| | | | A. Alteration in skin integrity R/t'd |
| | | | for infection. |
| | | | P. Cont c̄ antibiotics MOM 30cc PO |
| | | | given this AM — effective — |
| | | | Jill Mosser RN JILL MOSSER, RN |
| 7/2/4 | 1800 | INF. NSG | (S:) "I'm doing alright" |
| | | O: | VSS. AF. (L) knee dsg removed. Dime size |
| | | | bloody serous dng. Clean S s/s of infection. |
| | | | Warm compress x 15 min. Repack w/ ¼" iodoform |
| | | | packing strip using ~ 5-6". 4x4 applied n |
| | | | top w/ elastic retainer to secure dsg. |
| | | | Actual size of wound ~ ¼" diameter. Calf (L) (+) |
| | | A: | Alt. skin integrity. Potential / infection. |
| | | P: | Admin. antibiotic/order. Dsg D BID. Eval. / wer. |

D00008

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|------|------|-----------|---------------------------------------------|
| 7/28/04 | 0600 | NSG | A & O x 3. VSS. No C/o pain this am. Tolerating po. Ambulating c̄ difficulty. _Lauren (illegible)_ |
| 7/28/04 | 0600 | NSG | 24 hour Chart check due. _Lauren Johns RN_ |
| 7/28/04 | 0830 | NSG/ Soc/ INF | S: "I did not sleep at all last night. Dogs were barking, CO's yelling, my light was left on all night." |
| | | | O: V.S. stable, Afibrile. A & O x3 Lungs clear b.l., left leg warm to touch c̄ knee cap and above. Wound opened 1cm by 2cm deep. Area cleansed NSS packed with gauze, covered 4x4, (illegible) rt-16 34 rt-16 |
| | | | A: Alteration left leg health. |
| | | | B: monitor edema, drainage left knee + leg. monitor Temp. keep leg elevated F/E _(illegible)_ |
| 7/28/04 | MD | | S: Apparently leg is much improved |
| | | | O: Pocket pulled from significant hole in front of knee, L leg warmer than Rt. |
| | | | A: Cellulitis. |
| | | | P: Continue (illegible) |
| | | | _R.E. Burns_ |

| NAME—Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-----------|-------|--------|---------------------|-----------|----------|
| Redden | Emanuel | | ▓▓▓▓▓ | ▓▓▓▓▓ | SCI |

FCM-002

**INTERDISCIPLINARY PROGRESS NOTES**
☐ Continued on Reverse

# INTERDISCIPLINARY PROGRESS NOTES

| NAME–Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-----------|-------|--------|---------------------|------------|----------|

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|------|------|------------|---------------------------------------------|
| 1/20/04 | 2300 | Nsg Sci / Inf. | S. "How much longer do I have to stay here?" O. Showered this evening. L knee warmer than R knee. L knee c̄ packed wound — small amt serosanguineous drainage — no purulent drainage. ⊕ pedal pulses. ① Wound cleansed c̄ NSS & re-packed - No c/o pain. — states numbness around L knee wound. Afebrile. A. Alteration in skin integrity P. Con't to do warm compresses BID & dressing chgs to L knee — Jill Mosser RN  **JILL MOSSER, RN** |
| 1/21/04 | 0600 | nurse sci | ○ (S) "Want my knee to be O.K." — (O) VSS. Afebrile. Leg warm to touch. Dressing Dkt. ⊕ pedal pulse. No c/o pain. Edema mild. (A) alt in comfort (A) HR for infection (P) Abtx. Rest. Drsg ∆'s. (E) Clean drsg. Elevate. — Amy Munson, RN   24° Chart ✓ |

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| 7-29-04 | 0900 | NSG | S. "I'm finding it difficult to sleep at night c̄ all the noise." |
| | | | O. LLE, calf measures 16¾". Warm to touch, ⊕ pedal pulse. Upper thigh warmer to touch, than lower extremity. Knee draining bloody drainage, packed c̄ sterile dressing and covered c̄ dry dressing. No further complaint of pain to knee. |
| | | | A. Alteration in comfort R/T knee pain. |
| | | | P. Monitor for s/s infection. — B. Cameron LPN |
| | | | **Brenda Cameron, LPN** |
| 7/29/04 | SCI (1600 -0030) | | (S) "I'm feeling Okay." — (O) Had quiet evening, in bed resting c̄ BOB ↑. No c/o pain to knee. Scant amt. of bloody drainage noted on dsg. No tunneling noted to wound, No purulent drainage Noted. U° 152/91, 96.⁶ 65-20. — (P) ① Will continue to monitor. — C. Collins |
| 7/30/04 | 050 | 0500 | S) Alert & Oriented c/o noise O) Vital signs √ 151/88 Temp 96.6 R20 HR 63 98% A) Alteration in sleep pattern P) Cont. to routine monitoring — Nd HS LPN |

# INTERDISCIPLINARY PROGRESS NOTES

| NAME–Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|---|---|---|---|---|---|

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| 7/30/04 | 0960 | SCI NSG | S. I don't think it's healing right. |
| | | | O. VS WNL. AO x 3. No c/o pain. ⒧ calf 16 1/3" |
| | | | Scant amount of serosanguenous drainage c̄ dsg. |
| | | | Δ. Packed wound c̄ ~ 4" iodoform 1/4" gauze. ∅ |
| | | | s/s of purulent drainage. |
| | | | A. Alt in comfort Related to cellulitis |
| | | | P. Cont c̄ current tx. Monitor f/ s/s of infection. |
| | | | V. _____ Victoria Hayden, LPN |
| 7/30/04 | | MD | S: legs swelling down? |
| | | | O: knee no longer hot |
| | | | Kyprest c̄ much arthritis in knee. |
| | | | A: Cellulitis resolving |
| | | | P: Continue current tx |
| | | | R. ___ Burns, MD |
| 7/30/04 | 2200 | SCI NSG INF | S. "I'm feeling a lot better." |
| | | | O VSS WNL. Denies pain ⒧ calf 17", ⒭ unaffected |
| | | | calf 16". Tolerated prog Δ & packing s̄ c/o |
| | | | pain, only very slight discomfort observed a/e/b |
| | | | guarding c̄ hand. Wound care done per MD |
| | | | protocol. ∅ purulent drainage. Warm, moist soaks x1. |
| | | | A. alt in comfort |
| | | | P. Cont. c̄ wound care, warm moist soaks |
| | | | and abx per MD's protocol. S Wallace RN |
| 7/31/04 | 0500 | NOC NSG | 24° Chart / done ___ H Wurkley |
| | | | S) Yea I slept well but it's cold O) VSS, A&O |
| | | | NO 9o discom/fort. A) Alt in Comfort P) Cont to monitor. H Wurkley |

D00012

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|------|------|------------|---------------------------------------------|
| 7/31/07 | 1100 | SCI Nsg | S: "I feel alright." _D.Rorgier_ <br> O: A+O x4 VSS. Calves + ankles measured + recorded on flowsheet. L knee wound cleansed, packed, + dressed per MD order. No tunnelling of wound No purulent drainage _D.Rorgier_ <br> A: Impaired skin integrity, HR infection _D.Rorgier_ <br> P: Cont c POC _D.Rorgier_ |
| 7/31/07 | 2200 | Nsg SCI Inf. | S: "Monday I'll be getting out of here" <br> O. Alert & oriented x3 L LS elevated - <br> L knee wound cleansed c NSS + repacked c dsg. No purulent drainage - No odor ⊕ serosanguineous drainage. ⊕ pedal pulses Warm moist compresses to L LE x1 <br> A. Impaired Skin integrity <br> P. Con't c dressing changes + po antibiotics. _Jill Mosser RN_ <br> **JILL MOSSER, RN** |
| 8/1/07 | 0030 | Nsg SCI | 24° Chart✓ done ——— _H.Whitley lp_ |
| | 0030 | Nsg SCI | Pm resting quietly c eyes closed - _H.Whitley lp_ |
| | 0030 | Nsg SCI | S) I am going to get out of here tomorrow O) VSS A+O, arose p̄ & ambulates ss gaurdeny A) Impaired skin inf. P) Con't c POC, monitor for s/s of infection. _H.Whitley lp_ |

| NAME—Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-----------|-------|--------|---------------------|-----------|----------|
| Redden | Emanuel | | ▓▓▓ | ▓▓▓ | SCI |

FCM-002

**INTERDISCIPLINARY PROGRESS NOTES**
☐ Continued on Reverse

## INTERDISCIPLINARY PROGRESS NOTES

| NAME–Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|---|---|---|---|---|---|
| Redden | Emanuel | | ▓▓▓▓ | ▓▓▓ | SCI |

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| 8/1/04 | 9A | NSG | S: "I'm getting out tomorrow." |
| | | | O: VSS  Serosanguinous drainage on bandage. No pain at site. alert or oriented. |
| | | | A: Alteration in skin integrity. |
| | | | P. Continue dressing changes, warm compresses & monitoring. Cleighead RN |
| 8/1/04 | 2100 | NSG SCI Inf | S "I'm so bored & nothing to read" |
| | | | O. Small amount bloody drainage from Ⓛ knee wound – Repacked – No purulent drainage. Atebsine. Moist/warm compresses applied – |
| | | | A. Alteration in skin integrity |
| | | | P. Con't ē drsg As  Jill Mosser RN |
| | | | **JILL MOSSER, RN** |
| 8/2/04 | 0500 | NSG SCI Inf | 24° Chart'd done — Hurtley LPN |
| | | S | I'm resting quietly ē eyes closed |
| | | Ⓞ | I'm ready to get out of here |
| | | | VSS A&O ambulating 85 guarding |
| | | Ⓐ | Alt in circulation |
| | | Ⓟ | Con't to monitor – measure legs |
| | | | Hurtley LPN |

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|------|------|------------|--------------------------------------------|
| 8-2-04 | 0900 | SCI FNP | S - want to get out inf. "Knee better. |
| | | | O - Old dressing removed. Sm amt old |
| | | | dry blood on dsg & packing out. |
| | | | No drainage from ⓇKnee, W-D |
| | | | 2×2 gauze @ opening of hole |
| | | | and covered c̄ dry gauze. |
| | | | Elastic netting to hold in place |
| | | | Ambulates well. Ⓛ calf 41 cm, |
| | | | Ⓡ calf 40 cm. Calf soft, Homans |
| | | | neg. Equal skin temp of legs. |
| | | | P&T z, Lungs clear. RRR. |
| | | | A - Ⓛ Knee wound - R/o cellulitis |
| | | | P/E - cont Erythromycin × 1 wk |
| | | | cont Motrin × 2 wks |
| | | | Drsg Ⓓ B.i.d × 3d then QD × 1 wk |
| | | | F/U c̄ me 1 wk |
| | | | Skin care / Knee care |
| | | | Bottom bunk / ↑ leg / keep clean & dry — |
| | | | memo given |
| | | | D/c Warm compresses. F/u if prob |
| | | | Ⓕ. Morthole FNP  *Frances Morthole, FNP* |
| 8-2-04 | 0930 | NSG | Released to general population. B Cameron Lpn |
| | | | |
| | | | |
| | | | |

NAME—Last: eolden   First: Emanuel   Middle:   Attending Physician:   Record No:   Room/Bed:

FCM-002

INTERDISCIPLINARY PROGRESS NOTES
☐ Continued on Reverse

# INTERDISCIPLINARY PROGRESS NOTES

| NAME—Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|---|---|---|---|---|---|
| Redden | Emanuel | | | | |

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| | | | Motrin 800 mg PO tid x 2 wks |
| | | | Colace 100mg PO Bid PRN |
| | | | ↑ ® leg |
| | | | Measure calf/ankle bilat ⊕⊕ |
| | | | warm compress ® leg Bid |
| | | | Dsg ↓ Bid c̄ NSS – Vigo Q tip |
| | | | in wound, pack c̄ plain 1/4" gauze |
| | | | and cover c̄ 2x2's |
| | | | VS q 4hr    adm to inf. |
| | | | c̄ i m̄ c̄ i hālo c̄ f̄ NP    Frances Morthole, FNP |
| | 1 PM | | Key problem: and to severe enteropathies with |
| | | | Considerable resetion Spin frimiting & faint |
| | | | spine/moving |
| | | | [signature] R.F. Burns |
| 8/9/04 | 0915 | SC1 N2 | 247 lbs - 128/72 6518 97% Sue M Schappell R |
| 8-9-04 | 0915 | SC1 N2 | S- ® knee wound better SUE SCHAPPELL, RN |
| | | | Spider bite 3 d ago. |
| | | | O- ® knee coats sm amt greenish drainage |
| | | | ∅ packing in wound, Hole smaller |
| | | | than inside wound, Tissue pink in |
| | | | wound – cleansed & packed c̄ 1/4" |
| | | | packing strip – covered c̄ gauze & |
| | | | netting. BS x 4 quads– sluggish. |
| | | | Spider bite ® forearm reddened |
| | | | & edematous |

INTERDISCIPLINARY PROGRESS NOTES

# BLOOD PRESSURE FLOW SHEET

**INMATE NAME:** Redden, Emanuel

**NUMBER:** ▓▓▓▓▓▓▓▓

**ORDERED BY:** F. Morthole NP

**ORDER:** V.S q4°

**F** **FIRST**
**C** **CORRECTIONAL**
**M** **MEDICAL**

**DATE ORDERED:** 7·26·04

**DATE EXPIRES:** _____

| DATE | BP | NURSE SIGNATURE | ACTION TAKEN | PROVIDER REVIEW SIGNATURE |
|---|---|---|---|---|
| 7/26/04 4-12 | 0900 | 1932  97⁷ 62·20 | | Audrey B Walton |
| 7/26/04 | 2200 | 196/91  96·6·57-20 | | Audy B Walton |
| 4/81 | 0500 | 196/94  97⁰-53-18  99% | | R Idolfo |
| 7-27-04 0900 | 153/83 | 97⁷-69-20 | 97% | Lui Mossera |
| 7/27/04 1800 | 149/77 | 97⁷-75-20 | | Audy B Walb CM |
| 7/28/04 0500 | 147/94 | 96⁷-57-18 | 99% | Sharon Toluka |
| 7/28/04 0630 | 137/93 | 97·6-69-21 | 99% | E M Hughes |
| 7/28/04 4-12 | 158/83 | 97⁸ 68-20 | | Audy B Walton |
| 7/29/14 0600 | 153/75 | 96·8 60  18 | 99% | S E Munson |
| 7-29-04 0900 | 154/104 | 96·4  67 · 18 | 98% (HE 163¾") | B Cameron Lpn |
| 7/29/04 1945 | 152/91 | 91·6  65-20 | 98% O₂ Sats | Audy B Walton |
| 7/30 0500 | 151/88 | 96·⁶ - 63- 20 | 98  O₂ | Nicole K 16/6 CM |
| 30/04 0830 | 142/90 | 97·5  70 - 20 | 98% | V Haze LPN |
| 7/30/04 1800 | 151/89 | 97⁶  79 - 20 | 98% | S Wallace RN |
| 7/31/04 0450 | 137/84 | 97⁵  58  20 | 98% | Sw Kelly Lpn |
| 7/31/04 0800 | 128/78 | 96·8  64 - 18 | | Krista ___ RN |
| 7/31/04 1130 : Ⓛcalf:16½" Ⓛankle:10" ; Ⓡcalf:15" Ⓡankle:10" | | | | ___ RN |
| 7/31/14 2160 | 130/84 | 97·6-57- 18 | 98% | Lui Mossera |
| 8/1/04 0500 | 137/78 | 976 - 60 - 18 | | Sw Kelly Lpn |
| 8/1/04 9A | 129/83 | 96² —68- 18 Ⓛcalf 16½ Ⓡankle 10" | | F Archer RN |
| 8/1/04 4-12 | 151/97 | 97·4  58 -20 | | Audy B Walton CM |
| 8/2/04 43-8 | 132/88 | 97·5  54  18 | | Sw Kelly Lpn |
| 8·2·04 0840 | | | | B Cameron Lpn |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**CALL MD IF SBP>190mmHg OR IF DBP>110 OR ANY COMPLAINTS OF HA, CP, SOB ETC.**
**ALL BP's SHOULD BE TAKEN WHILE PATIENT IS SITTING, AFTER 2 MINUTES OF REST.**
MR 1008

D00017

# PHYSICIAN'S ORDER SHEET

| ORDERS  Another brand of a generically equivalent product identical in dosage form and content of active ingredient may be administered unless checked | ✓ | WRITE OR IMPRINT PATIENT INFORMATION BELOW |
|---|---|---|

START

MOM 30cc PO QDx 7d PRN

*noted*
*fmg 21 04*

**Frances Morthole, FNP**

| PROVIDER'S SIGNATURE | DATE/TIME |
|---|---|
| | 0810 |

**START NEW ORDERS BELOW**

7/29/04

START

Ⓓ Krop h. knee

Noted B. Cameron Lpn 7-29-04 1250

**Brenda Cameron, LPN**

| PROVIDER'S SIGNATURE | DATE/TIME |
|---|---|
| *R.F. Norwood* | 7/29/04 |

**START NEW ORDERS BELOW**

START

Release to gen pop
See next order sheet

Noted B. Cameron Lpn 8-2-04

**Frances Morthole, FNP**

| PROVIDER'S SIGNATURE | DATE/TIME |
|---|---|
| | 0915 |
| | 8-2-04 |

FCM-001

D00018

**PHYSICIAN'S ORDERS**

NAME Redden, Emanuel

ALLERGIES PLN

DOB 6-21-50

# PHYSICIAN'S ORDER SHEET

**ORDERS:** Another brand of a generically equivalent product identical in dosage form and content of active ingredient may be administered unless checked.

WRITE OR IMPRINT PATIENT INFORMATION BELOW

**START**

Cont Erythromycin 500 mg QID x 1 wk — given

Elevate ℗ leg — Be

Bottom Bunk — memo - done

keep dry clean & dry

Measure ℗ & ℗ calves QD x 3 days — Be

then PRN — Be

2x2 w-D dress ↑ Bid x 3 days then — Be

QD till healed — Be

Flu 1 wk c̄ me — Be

D/C warm compresses          0920 — Be

**PROVIDER'S SIGNATURE** Frances Morthole, FNP          **DATE/TIME**

### START NEW ORDERS BELOW

**START**

X ray ℗ knee   done

Cont Motrin 800 mg PO tid x 2 wks — given

Noted B. Cameron RN 8.2.04   0930

Frances Morthole, FNP          0920

**PROVIDER'S SIGNATURE**          **DATE/TIME**

### START NEW ORDERS BELOW

**START**

NAME: Redden Emanuel

ALLERGIES: PCN

DOB: 6-21-90

**PROVIDER'S SIGNATURE**          000018          **DATE/TIME**

FCM-001

**PHYSICIAN'S ORDERS**

# MDI
## Mid-Delaware Imaging

Sussex Correctional Institute
Route 113, North
Georgetown, DE 19947

**NAME:  EMANUEL REDDEN**          **DOB:** ██████          **DOS** ██████

**DATE SUBMITTED:  8/2/04**          **SBI#** ██████

**CLINICAL INFORMATION:**  PAIN.

**LT KNEE:**

Examination of left knee shows moderate to severe osteoarthritis with considerable reactive spur formation and joint space narrowing.  There is no joint effusion.  There is no fracture or bone destruction.

MP/par



Mahendra Parikh, M.D.

710 South Queen Street
Dover, Delaware 19904
302-734-9888

000020

**First Correctional Medical**
## Infirmary Discharge/Transfer Sheet

Name: Redden Emanuel SBI # ▮▮▮▮ DOB: ▮▮▮▮ Sex: Male Race: Black

.te: 8.2.04    Time: 0930    From: Infirmary
Method: Ambulatory: ✓    Stretcher: _____    Ambulance: _____
Escorted By: ____ DOC
Discharge/Transfer ordered by: DR Burns    Receiving facility contacted: Yes ☒ No ☐
Accompanying patient: ☐ Outpatient Medical Records ☒ Discharge Summary ☐ Prosthetic Devices-
(specify) _____
Vital Signs Prior to Discharge: T_____ P_____ R_____ BP_____
Patient Condition at time of discharge:

Stable

Is patient experiencing discomfort (pain, respiratory, muscle/skeletal, etc.)? _____

denies                                                      treated in Trenton NJ
Discharge Diet: Regular    PPD Date: (+) PPD    Results:    MN:

| Condition of Skin | Yes | No | Location/Description |
|---|---|---|---|
| Good Condition | ✓ | | |
| Rash | | ✓ | |
| Reddened Areas | | ✓ | |
| Decubitis Ulcers | | ✓ | |
| Surgical Incision | | ✓ | |
| Wound Closures | ✓ | | LT knee open area |
| Tubes or Drains | | ✓ | |
| Other | | ✓ | |

Medications:

| Name | Dose | Time/Frequency | Time Last Dose Given | Special Instructions |
|---|---|---|---|---|
| Erythromycin | 500 mg | BID | | |
| Motrin | 800 mg | TID | | |
| | | | | |
| | | | | |
| | | | | |

Instructions:
Physician follow-up (if applicable):

FU in 1 wk.

Additional Comments:

Memo for bottom bunk + elevate LT. leg.

Nurses Signature: B. Cameron LPN

D00021

# FIRST CORRECTIONAL MEDICAL, INC

## SPECIAL NEEDS REFERRAL FORM

***SPECIAL NEEDS INMATES** □ Inmates who require close medical supervision and/or multi disciplinary care. Included among special needs inmates: chronically ill; inmates with serious communicable diseases; physically disabled; seriously mentally ill; pregnant; frail; elderly or terminally ill. Special needs considerations may be temporary (inmate needs crutches) or permanent (inmate has an artificial limb).*

Date: 8-2-04    Inmate Name: Redden Emanuel    Inmate Number: ████

Special Need Identified by: ~~CCOM~~ 4 NP    during: visit

Special Needs Treatment Plan Initiated: _ (Yes)    _ No

**Medical Need:** Bottom Bunk, elevato ® leg, keep drsg to ® knee, clean & dry.

Expected Duration: 1 month

**Housing Need:**
_____

Expected Duration: _____

**Mental Health or Psychiatric Need:** _____

Expected Duration: _____

Has durable medical equipment issued to the inmate: _ No    _ Yes

If yes, what equipment was issued: _____

_____

Was the inmate given instruction on the safe use of the equipment? _ Yes    _ No

If no, why? _____

_____

Instructions:
1. Complete the Special Needs Referral form and route to the Health Service Administrator.

Admin-2008            First Correctional Medical            000022

08/02/2004 08:36 FAX 8569566          FCM MEDICAL                        ☑001

```
              ***********************
              ***    TX REPORT    ***
              ***********************

         TRANSMISSION OK

         TX/RX NO              2055
         CONNECTION TEL                    8565832
         CONNECTION ID        MEDIUM
         ST. TIME             08/02 08:36
         USAGE T              00'37
         PGS. SENT            1
         RESULT               OK
```

# FIRST CORRECTIONAL MEDICAL, INC

## SPECIAL NEEDS REFERRAL FORM

***SPECIAL NEEDS INMATES*** □ *Inmates who require close medical supervision and/or multi disciplinary care. Included among special needs inmates: chronically ill; inmates with serious communicable diseases; physically disabled; seriously mentally ill; pregnant; frail; elderly or terminally ill. Special needs considerations may be temporary (inmate needs crutches) or permanent (inmate has an artificial limb).*

Date: 8-2-04     Inmate Name: Redden, Emanuel     Inmate Number: ███████

Special Need Identified by: ___ y NP     during: visit

Special Needs Treatment Plan Initiated: _ (Yes)  _ No

**Medical Need:** Bottom Bunk, elevato(r) leg, keep dr sg to (r) knee, clean & dry.

Expected Duration: 1 month

**Housing Need:** _____

Expected Duration: _____

**Mental Health or Psychiatric Need:** _____

Expected Duration: _____

Has durable medical equipment issued to the inmate: _ No   _ Yes

If yes, what equipment was issued: _____

D00023