IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EMANUEL REDDEN                           :

    Plaintiff                              :

v.                                       : Civil Action No. 05-238 GMS

CORRECTIONAL OFFICER WALKER              :

    Defendant                              :

### ORDER REFERRING MATTER FOR REPRESENTATION

At Wilmington, this ___20th___ day of February 2008, the court having determined that the plaintiff is appearing in this matter *pro se* because the plaintiff is unable to afford legal representation; and having further determined that it is appropriate to encourage legal representation for the plaintiff by an attorney,

IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to attempt to refer representation of the plaintiff to a member of the Federal Civil Panel; and

2. The Court's Standing Order regarding the establishment of a Federal Civil Panel to provide legal representation to indigent parties in certain civil litigation is incorporated herein by reference.

                                                                CHIEF, UNITED STATES DISTRICT JUDGE



FILED

FEB 20 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE