IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EMANUEL REDDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-238 (GMS) |
| | ) | |
| C/O WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

ENTRY OF APPEARANCE

TO:  CLERK, U.S. DISTRICT COURT
      DISTRICT OF DELAWARE
      844 North King Street
      Wilmington, DE 19801

PLEASE ENTER the appearance of Ben T. Castle, Esquire and Young Conaway Stargatt & Taylor, LLP on behalf of plaintiff Emanuel Redden.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ben T. Castle
Ben T. Castle (520)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6618
Attorneys for Plaintiff

Dated: 5/28/08