IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EMANUEL REDDEN,          )
                                    )
          Plaintiff,       )
                                    )
      v.                    )     C.A. No. 05-238 (GMS)
                                    )
C/O WALKER,              )
                                    )
          Defendant.    )

## PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

By and through undersigned counsel, plaintiff moves to amend this Court's Scheduling Order dated July 24, 2006, a copy of which is appended hereto as Exhibit A. This motion is made for the following reasons:

1.     Plaintiff filed the complaint in this action *pro se* and acted as his own counsel until May 29, 2008, when the Court entered an order appointing the undersigned as counsel to represent plaintiff. A copy of that order is appended hereto as Exhibit B.

2.     On February 15, 2008, this Court denied in part defendants' Motion For Summary Judgment, and this matter will proceed to trial against defendant C/O Walker.

3.     The Scheduling Order entered on July 24, 2006 provided that all discovery be completed on or before January 19, 2006. In the judgment of undersigned counsel, additional discovery (in the form of interrogatories, requests for production, and depositions) should be conducted in order to properly prepare this case for trial.

4.     Defense counsel does not oppose this Motion.

                                                              

WHEREFORE, plaintiff, through undersigned counsel, respectfully requests the Court to enter an amended scheduling order in the form attached as Exhibit C, extending the discovery cut-off date until October 1, 2008.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Ben T. Castle (520)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6618
Attorneys for Plaintiff

Dated: 6/27/08