IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EMANUEL REDDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-238 (GMS) |
| | ) | |
| C/O WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT REQUIRED TO BE FILED WITH NON-DISPOSITIVE MOTIONS

I hereby certify that I have sent copies of this Motion to Amend Scheduling Order

to defense counsel to obtain defendant's consent to the requested amendment in order to avoid

briefing and argument before the Court. Defense counsel has indicated that she has no objection

to this amendment.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_Ben T. Castle_

Ben T. Castle (520)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6618
Attorneys for Plaintiff

Dated: 6/27/08