IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMANUEL REDDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-238 (GMS) |
| ) | |
| C/O WALKER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

At Wilmington, Delaware, this _____ day of _____, 2008, the plaintiff, having presented a Motion to Amend Scheduling Order, and the defendant, having had an opportunity to respond thereto,

IT IS HEREBY ORDERED, that the discovery deadline, initially set for January 19, 2006, be and hereby is extended to <u>October 1, 2008</u>.

_____
THE HONORABLE GREGORY M. SLEET