IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EMANUEL REDDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-238 (GMS) |
| | ) | |
| C/O WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

# EXHIBIT B TO PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMANUEL REDDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-238-GMS |
| | ) |
| CORRECTIONAL OFFICER WALKER, | ) |
| | ) |
| Defendants. | ) |

**ORDER RECOGNIZING REPRESENTATION**

The Court recognizes that Ben T. Castle, Esquire, has agreed to represent the plaintiff Emanuel Redden as counsel of record in the above captioned case, pursuant to the Court's order dated 2/20/2008. Counsel's representation shall remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

DATE: May 29, 2008

United States District Judge

FILED
MAY 29 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE