**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EMANUEL REDDEN, )<br>)<br>Plaintiff, )<br>)<br>) Civil Action No. 05-238-GMS<br>v. )<br>) Jury Trial Requested<br>C/O WALKER, )<br>)<br>Defendant. ) | |

## NOTICE OF SERVICE

I, Erika Y. Tross, Esquire, hereby certify that on July 22, 2008, copies of **Documents Bates Stamped D000001 – D000023** were served upon the following individual by U.S. Mail:

>Ben T. Castle, Esq.
>Young Conaway Stargatt & Taylor, LLP
>1000 West Street, 17th Floor
>Wilmington, DE 19801

>**STATE OF DELAWARE
>DEPARTMENT OF JUSTICE**

>*/s/ Erika Y. Tross*
>Erika Y. Tross (#4506)
>Deputy Attorney General
>820 N. French Street, 6th Floor
>Wilmington, DE 19801
>(302) 577-8400
>    Attorney for Defendant Walker

Dated: July 22, 2008